IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CYNTHIA L. HOLMES, a Missouri professional corporation, individually and as the representative of a class of similarly situated persons,** )<br>)<br>)<br>)<br>) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL NO. 09-540-GPM |
| ) | |
| **BACK DOCTORS, LTD., d/b/a Fairview Heights Spine & Injury Center,** )<br>) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT IN A CIVIL CASE

This action came on before the Court on a motion for summary judgment, Judge G. Patrick Murphy presiding, and the following decision was reached:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the plaintiff Cynthia L. Holmes shall recover nothing under Count I of the complaint in this cause and Count I is dismissed with prejudice on the merits. Count II and Count III of the complaint in this cause are dismissed without prejudice.

**DATED**: October 21, 2009

NANCY J. ROSENSTENGEL, CLERK

By: s/Linda M. McGovern
Deputy Clerk

APPROVED:   S/G. Patrick Murphy
G. PATRICK MURPHY
U.S. DISTRICT JUDGE