IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CYNTHIA S. HOLMES, P.C., a Missouri professional corporation, individually and as the representative of a class of similarly situated persons,** | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL NO. 09-540-GPM ) |
| **BACK DOCTORS, LTD., d/b/a Fairview Heights Spine & Injury Center,** | ) ) ) |
| Defendant. | ) |

## AMENDED JUDGMENT IN A CIVIL CASE

This action came on before the Court on a motion for summary judgment, Judge G. Patrick Murphy presiding, and the following decision was reached:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the plaintiff Cynthia S. Holmes, P.C., shall recover nothing under Count I of the complaint in this cause and Count I is dismissed with prejudice on the merits. Count II and Count III of the complaint in this cause are remanded to the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois.

**DATED**: March 15, 2010

NANCY J. ROSENSTENGEL, CLERK

By: s/Linda M. McGovern
Deputy Clerk

APPROVED: /s/ G. Patrick Murphy
G. PATRICK MURPHY
U.S. DISTRICT JUDGE